DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW WALLACE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2888

[May 13, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas Michael Lynch, V, Judge; L.T. Case No. 062018CF000175A88810.

Jonathan E. Jordan of Rier Jordan, P.A., Miami, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard Chambers Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Natal v. State*, 278 So. 3d 705 (Fla. 4th DCA 2019).

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***